**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NORMARILY CRUZ, on behalf of herself and all others similarly situated, | Civil Case No.: 2:15-CV-02000-WHW-CLW |
| Plaintiff(s) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| -against- | |
| NORTHLAND GROUP, INC. et al. | |
| Defendant(s) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice and without fees and/or costs. The parties have also agreed that the purported non-certified class action shall be dismissed without prejudice and without fees and/or costs.

Dated: May 19, 2015

/s/ Ari Marcus
Ari Marcus, Esq.
MARCUS LAW, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
(732) 695-3282 telephone
*Attorneys for Plaintiff*

/s/Thomas R. Dominczyk, Esq.
Thomas R. Dominczyk, Esq.
5 Walter E. Foran Blvd., Suite 2007
Flemington, New Jersey 08822
(908) 237-4550 telephone
*Attorney for Defendant*

1

3245484-1